**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BECH DIVISION**

**CASE NO. 25-80206-CR-CANNON**

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**CRYSTAL JENICE GARCIA,**

     Defendant.

                  /

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 101].  On May 15, 2026, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 98] during which Defendant pled guilty to Count 10 of the Indictment [ECF No. 11] pursuant to a written plea agreement and factual basis [ECF Nos. 99–100].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 10, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of Count 10 [ECF No. 101].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 101] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Crystal Jenice Garcia** as to Count 10 of the Indictment is **ACCEPTED**.

3. Defendant **Crystal Jenice Garcia** is adjudicated guilty of Count 10 of the Indictment, which charges Defendant with false statement to a firearms dealer, in violation of 18 U.S.C. §§ 922(a)(6) and 2 [ECF No. 11].

**ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of June 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record